UNITED STATES OF AMERICA COMMON-LAW COURT
RUSSELL B. LONG COURTHOUSE IN BATON ROUGE, LOUISIANA

| | | |
|---|---|---|
| Jason Borne | ) | |
| | ) | Case Number: 24-cv-00303 |
| VERSUS | ) | |
| | ) | |
| HOME BANK, N.A., Stephen Damore, | ) | |
| NEWMAN, MATHIS, BRADY & | ) | **Objection to the Motion to Dismiss of** |
| SPEDALE, PLC, Clay LeGros, | ) | **Mark C. Landry** |
| Jeffery Toepfer, and Wayne Maiorana. | ) | |
| _____ | ) | |

Mark Landry's motion seems to indicate he is not aware of the venue he is proceeding in. This is an Article III, Common-Law, <u>Constitutional</u> venue wherein "Motions" pursuant to rule 12(b)(1) and/or any other statutory regime are not admissible. This claim will not be subject to any judicial officer's discretion or interpretation, nor does any judicial officer have the authority to dismiss this claim or entertain such statutory mechanisms. This claim is not a "Civil Case" or "cv", as civil law is a <u>legal system</u> in direct contrast with our <u>lawful system</u> of common-law. This claim is not subject to any statute, code, ordinance, local rule, local law, and/or rule of civil procedure, as these are subordinate to the Declaration of Independence and Constitution. The Constitution (Bill of Rights) is the supreme law of our nation (First in Time First in Right) and this claim will be guided by these documents in light of their standing and expressed wording at the time they were adopted. <u>Mattox v. U.S., 156 U.S. 237,243; Davis v. Welcher, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449.</u>

In my claim for damages, I made it clear that it was not subject to ***"interpretation or adjudication under any statutory regime",*** and any citing of statutes was to show that even in the statutory realm, the men and women of HOME BANK did violate federal statutes and stated a claim in the 19th JDC which had no basis in <u>real law.</u>

[1]

As evidenced by Mr. Landry's Motion to Dismiss, he seems to believe this court will commit an act of treason in order to protect him and his associates from their reckless and lawless behavior. However, the point Mr. Landry seems to have missed is that the judicial officer (the Honorable John DeGravelles) must serve as an Article III officer, upholding the constitution, and is precluded from showing bias, granting the people of HOME BANK unilateral immunity, or barring this claim from a jury by virtue of any statute, legislative act, local rule, and the like, as this would establish his intentional "war against the constitution" (violate his sworn oath) and create a disparity of law aimed at denying me due process and abridging my inalienable rights. *Miranda v. Arizona, 384 U.S. 426, 491; Norton v. Shelby County, 118 U.S. 425, Cooper v. Aaron, 358 U.S. 1.*

This claim is not proceeding under "federal" jurisdiction and will not be guided by "civil procedure" nor constrained by citizenship requirements. This claim will not be wrangled into a civil case and/or a statute-driven cause, and this court is precluded from coming to Mr. Landry's defense with discretionary decrees that prevent a jury from judging the facts of the matter.

According to the Bill of Rights, I am entitled to have my claim judged by a jury, as a jury is comprised of men and women (equal in status to me) who have a truly-vested interest in finding justice and deciding what is right or wrong. In fact, this nation is a Constitutional Republic, by and for the people, and a jury is the supreme judge of all claims, so much so that a decree given by a jury is not reviewable.

> **"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the United States, than according to the rules of the common law."** *Constitution, Amendment 7.*

[2]

True law and equitable justice are autonomous, self-guiding, and will find the truth based on the facts of the matter without the manipulation of human hands. However, according to the apparent beliefs of Mark Landry, Clay LeGros, and their group of "licensed attorneys", justice is found in the hands of anyone who can dazzle the court with enlightening words, inapplicable authorities, and a narrative that overshadows the truth despite being completely devoid of sound logic.

Mr. Landry's motion is riddled with statutory language, state law, policies, and opinions rendered by a Magistrate and/or District Judge that are wholly inadmissible within this <u>constitutional</u> venue, as a Magistrate/District Judge are Article I officials who decide claims between legal entities. Therefore, Despite Mr. Landry's best efforts, his motion is insufficient to dismiss my claim as, among other reasons, it is unsupported by evidence from a first-hand witness, and it fails to show **"beyond doubt that [I] can prove no set of facts in support of [my] claim."** <u>Conley v. Gibson, 355 U.S. 41, 45.</u>

Although I am not required to address the nonsensical and irrelevant ramblings in Mr. Landry's motion, I want to point out that his motion is truly an amazing exposé that demonstrates the sheer corruption and fraud of our "legal system". He writes, **"Louisiana, having a code based system, does not employ the common law system."** Mr. Landry is correct, Louisiana does not adhere to common-law, and, therefore, offers no venue for anyone to invoke the Constitution or Supreme Court decisions in their defense. Furthermore, the laws of this nation were not founded on "codes", but rather the laws of God Almighty (the Father of our Lord Jesus), the laws of nature, and grounded on the infallible principal of "DO NO HARM TO THY NEIGHBOR." As Louisiana *has* **"a code based system"** (devoid of authority over my claim), I am bringing my grievance to the only venue that can convene a proper jury and bring about equitable justice regarding claims between men and women. <u>Hagans v. Lavine, 415 U.S. 533; Dred Scott v. Sanford, 60 U.S. 393 (Stock v. Medical Examiners); U.S. v. Burr, 309 U.S. 242.</u>

[3]

Mr. Landry and the men and women of HOME BANK rest their claim on an alleged contract with EMERALD MAGNOLIA PROPERTIES/JASON BORNE that lacks any semblance of full disclosure of the material facts regarding the capacity of the parties, the nature of funding, the right to sell an alleged debt which HOME BANK never owned, and so on and so forth. As a matter of sound logic, full disclosure is a requirement before a contract is signed so that all parties will be fully aware of the consequences of their decision. The actions of the men and women of HOME BANK constitute a knowing scheme aimed at coercing me, Jason Borne, into accepting the liability of the LEGAL ENTITY (JASON BORNE) which has no constitutional protections, thereby, <u>unknowingly</u> waiving my rights through some twisted version of unconscionable acquiescence.

However, ***"Waivers of rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness."***. <u>Poindexter v. Greenhow, 114 U.S. 270, 303.</u> Therefore, as no disclosure of material facts were given to me, Jason Borne, any alleged contract the men and women of HOME BANK claim to have with me is 100% void on its face, and no matter how many times Mr. Landry repeats his rhetoric, the facts will never change.

The men and women of HOME BANK have no special privilege to abandon all <u>Law</u> and authorities regarding the formation of contracts, and no statute or local rule can grant them this mystical power as that would be repugnant to my right to equal protection under <u>the law</u> (Constitution). Furthermore, pleadings are to be ***"founded on sound logic, and good sense"***, and Mr. Landry's apparent claim that the men and women of HOME BANK are immune from acting logically has neither of those qualities. <u>*(Penhallow v. Doane's Administrators, 3 U.S. 54.*</u>

[4]

Mr. Landry asserts in his motion that my claim does not raise any constitutional questions, but that assertion, in and of itself, raises the ultimate constitutional question: ***As Louisiana has "a code based system" that is not considered true law by the Supreme Court, if I were barred from bringing my claim to this venue, where exactly would I seek relief, and where exactly would the U.S. Supreme Court and Constitution be applicable?***

Mr. Landry implies that the constitution does not apply uniformly, as evidenced by his assertion that I have no venue to enforce my constitutional protections in Louisiana, as Louisiana ***"employs a code based system"***. Once again, Mr. Landry is correct, as the Supreme Court settled the issue long ago and decided that foreclosures (such as HOME BANK'S against my property) are unlawful, and yet the 19th JDC disregarded said ruling with impunity and allowed said foreclosure of my property ***(despite HOME BANK not owning the alleged debt and despite my objections)***, all because its "code based system" does not adhere to the constitutional protections of men and women or stare decisions of the Supreme Court.

Mr. Landry exposes the distinction between a "district court" and an Article III court with his statement that a "district judge" took the recommendation of a "magistrate" (Article I official) and dismissed the case based on procedural rules, in direct defiance of the Supreme Court's longstanding ruling in *Davis v. Welcher,* which held claims cannot be defeated under local practice, and *Carpenter v. Longan,* which held the note and mortgage are inseparable and doing so nullifies the transaction.

[5]

The most pertinent question is this: **IF THE LOUISIANA STATE COURTS DO NOT NEED TO ADHERE TO THE CONSTITUTION OR SUPREME COURT DECISIONS, THEN WHY ARE THEY ALLOWED TO EXIST?** The Constitution of the United States of America is the supreme law of this land and any law [state statute] that is repugnant to it is void. *Constitution Amendment 6.*

Mr. Landry also attempts to evade my claim with the observation that I cited federal criminal statutes. Again, sound reasoning seems to escape Mr. Landry, as said statutes were cited to show that either way this claim is viewed, be it statutorily or otherwise, the men and women of HOME BANK have committed actual crimes and their foreclosure claim against my property was not based on sound logic and good sense. BE IT KNOWN, subsequent to a determination by a jury based on the facts, I fully intend to seek charges and/or claims against anyone who participates or has participated in the theft of my property, my false imprisonment, character assassination, loss of income, and turning my life into a living hell just to cover up the people of HOME BANK'S fraud and intent to unjustly enrich themselves at the expense of me and my family.

Upon removal of the codified statutes, the offenses committed by the people of HOME BANK still exist and are fully provable:

- **FRAUD**: Knowing misrepresentation of the truth or concealment of a material fact to induce another to act to his or her detriment. (Black's Law Dictionary). *"Fraud in its elementary common law sense of deceit ... includes the deliberate concealment of material information in a setting of fiduciary obligation."* *McNally v. U.S., 483 U.S. 350,371.*
- **ACTIONABLE FRAUD**: Deception practiced in order to induce another to part with property or surrender some legal right. (Black's Law Dictionary).

[6]

- **MATERIAL FRAUD**: Fraud that has so vitiated the entire transaction that the legitimate purposes of the independence of the issuer's obligation can no longer be served. *"... materiality is an issue to be determined by the jury."* United States v. Gaudin*, 115 S.Ct. 2310 (1995).*
- **THEFT BY FRAUD:** The use of deception or misrepresentation to obtain something of value, such as money or goods, without the owner's permission. (Black's Law Dictionary).
- **FRAUD UPON THE COURT:** When the judicial machinery itself has been tainted, such as when an attorney, who is an officer of the court, is involved in the perpetration of a fraud or makes material misrepresentations to the court. Fraud upon the court makes void the orders and judgments of that court. In *United States v. Throckmorton*, the Supreme Court recognized that a judgment obtained by fraud upon the court is void and can be attacked at any time. The Court stated that the integrity of the judicial process was paramount and that fraud upon the court was a threat to that integrity.
- **MAIL FRAUD:** *"There are two elements in mail fraud: (1) having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts), and (2) use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)."* *(Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954).*
- **COLLUSION:** Secret or unlawful cooperation or conspiracy, especially in order to cheat or deceive others.
- **BEARING FALSE WITNESS:** Knowingly state as fact that which is untrue; begin or perpetuate a rumor by lying about a person, thing, or event.
- **SLANDER:** Oral Defamation; the speaking of false and malicious words concerning another, whereby injury results to his reputation. (Black's Law Dictionary).

[7]

- **LIBEL:** A defamatory statement expressed in a fixed medium, especially writing but also a picture, sign, or electronic broadcast. (Black's Law Dictionary).
- **PERJURY:** The willful assertion as to a matter of fact, opinion, belief, or knowledge, made by a witness in a judicial proceeding as part of his evidence, either upon oath or in any form allowed by law to be substituted for an oath, whether such evidence is given in open court, or in an affidavit, or otherwise, such assertion being known to such witness to be false, and being intended by him to mislead the court, jury, or person holding the proceeding. (Black's Law Dictionary).
- **FILING FALSE REPORT:** Knowingly reporting false information to a deputy or district attorney or providing false information to police regarding the occurrence of a felony or misdemeanor.
- **FILING FALSE PUBLIC DOCUMENT:** The filing or depositing for record in any public office or with any public official, or the maintaining as required by law, regulation, or rule, with knowledge of its falsity, of any of the following: (1) Any forged document. (2) Any wrongfully altered document. (3) Any document containing a false statement or false representation of a material fact.

During trial, I will clearly demonstrate to the jury that the men adversely positioned to my claim knowingly committed the aforementioned offenses with the intent of depriving me of my property. These men will experience pure, unadulterated justice, whereby they will be judged for their alleged offenses without any statutory reconstruction of the English language, the use of biased opinions, the application of enlightening words, and/or false narratives devoid of sound logic.

Mr. Landry's motion clearly displays that he and his associates, as "licensed attorneys", do not practice true "Law" and will never win this case based on truth and facts. The history of this case shows that these "licensed attorneys" are attempting to win this case by using fanciful words, nonsensical rhetoric, inapplicable authorities, and employing smear tactics in open court and in their written briefs, weaponizing the government, and stating downright fallacies that, if not rebutted, are adopted as truth by our courts. Their actions are completely absurd and defy every aspect of common sense.

For these reasons, among many others, a jury of men and women, equal in status to me, and constrained only by the <u>facts of the matter</u>, are the only people who can bring about true equitable justice between me, Jason Borne, and the men and women of HOME BANK. My presentation to said jury will not be based on any statute, code, policy, procedure, and the like, but rather on common sense and facts that are easily understood by the average man and woman. Furthermore, this claim will not be subjected to "motions in Limine" or any hearing wherein a judicial officer can unilaterally prevent evidence from being presented to a jury. The jury will review <u>all</u> facts and determine the merits therefrom.

The United States of America was founded as ONE NATION UNDER GOD, the Father of Our Lord Jesus Christ, and the people of this great nation are growing increasingly aware of the blatant fraud of our financial sector.

As a matter of common knowledge, the banking industry in this country is solely responsible for the inflation that strains every household budget, as well as every depression, recession, market crash, and foreclosure within the last century.

The banking industry creates money out of thin air, writes ARM loans that ultimately lead to an unsustainable monthly payment, then unilaterally decides to raise interest rates, crash our economy, trigger mass foreclosures, while simultaneously reaping the benefit of all the foreclosures <u>it caused</u>. And, if that is not enough, we the people are now expected to believe that banks can sell these mythical debts to third parties, covertly pocket the proceeds, and somehow claim to own the debt for the purposes of foreclosing.

The federal reserve system is an epic failure and the most egregious fraud ever perpetrated on the American people, and the fact that our courts promulgate their nonsensical behavior and label any challenge thereof as a "baseless legal theory" is the most disturbing part of all. Truth be told, the Louisiana courts and the 19th JDC operate under a "baseless and unlawful paradigm".

In closing, the courts, banks, and financial institutions of this nation would be wise to take notice that the <u>new world system</u> where everyone is a legal entity is a dying ideology. In the interim, it is disheartening that our courts are apparently spring-loaded to automatically push people into statutory/administrative venues that are repugnant to the Constitution, where jurisdiction is covertly established from some unknowing and implied consent, or through some license or certificate the people acquired from the state. BE IT KNOWN, no consent based on the threat of legal sanctions is valid and no license issued by any state confers valid jurisdiction, as full disclosure is never given by the state to the recipient of said license. <u>*Poindexter v. Greenhow, 114 U.S. 270,303.*</u>

Therefore, any jurisdiction claimed by William Jorden/19th Judicial District Court and/or any judgment rendered thereby regarding my property is void and will never survive constitutional scrutiny. <u>*Elliot v. Piersol, 26 U.S. 328.*</u>

Mr. Landry is proceeding into this venue as a "licensed attorney" who cannot serve as a witness or speak for the men associated with my claim, therefore, even in the statutory/district court realm, any testimony by him is regarded as third-party hearsay and inadmissible. *Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647*.

Mr. Landry, as a "licensed attorney", put forth a motion based on inadmissible authorities that are wholly inapplicable in this venue and must be stricken from the record. Therefore, said motion does not serve as a timely response for Stephen Damore, Clay LeGros, Jeffery Toepfer, and Wayne Maiorana, and I am entitled to an immediate judgment granting me the relief I am seeking in my claim for damages. *Davis v. Alaska, 415 U.S. 308*. However, the men sitting in opposition to my claim deserve the due process I was denied and have a right to plead their case before a jury, given they can provide a timely response refuting the facts of the matter and showing just cause why I am not entitled to said judgment in my favor according to the Supreme Court.

I am confident in my position, and more importantly, when all is said and done, I will be assured that I acted with honor, integrity, and in accordance with the ways of God Almighty, the sole author of true and unadulterated justice.

> ***"Judges may die, and courts be at an end; but justice still lives, and though she may sleep for a while, will eventually awake, and must be satisfied."*** *(Quoting Justice Patterson of the United States Supreme Court in Pennhallow v. Doane's Administrators, 3 U.S. 54.*

Signed this __12th__ day of __June__, 2024.

Respectfully Submitted,

By: _Jason Borne_
Jason Borne
13576 Lakeway Drive
Prairieville, Louisiana 70769
Ph. (225) 405-2922

SERVICE: I hereby attest that the foregoing has been sent to:

- HOME BANK and Stephen Damore, 5302 Corporate Blvd., Baton Rouge, Louisiana 70808;

- NEWMAN, MATHIS, BRADY & SPEDALE, PLC, Clay LeGros, Jeffery Toepfer, and Wayne Maiorana, 3501 N. Causeway Blvd., Suite 300, Metairie, Louisiana 70002.

_Jason Borne_
Jason Borne
6/14/24

UNITED STATES OF AMERICA COMMON-LAW COURT
RUSSELL B. LONG COURTHOUSE IN BATON ROUGE, LOUISIANA

| | |
|---|---|
| Jason Borne ) | |
| ) | Case Number: 24-cv-00303 |
| VERSUS ) | |
| ) | |
| HOME BANK, N.A., Stephen Damore, ) | |
| NEWMAN, MATHIS, BRADY & ) | |
| SPEDALE, PLC, Clay LeGros, ) | |
| Jeffery Toepfer, and Wayne Maiorana. ) | |
| _____ ) | |

## ORDER

In consideration of the foregoing Objection to The Motion to Dismiss of Mark C. Landry;

IT IS ORDERED that the Motion to Dismiss of HOME BANK, et al, is dismissed with prejudice.

IT IS FURTHER ORDERED that Clay LeGros, Stephen Damore, Jeffery Toepfer, and Wayne Maiorana will file their own respective responses and/or objections to Jason Borne's Claim for Damages within 21 calendar days of receipt of the foregoing Objection.

Signed this _____ day of _____, 2024.

_____
Judge – United States of America
Common-Law Court