UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON BORNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-303-JWD-EWD** |
| **HOME BANK, N.A.** | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 27, 2024 (Doc. 30), to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss for Lack of Jurisdiction over the Subject Matter, filed by Home Bank, N.A.; Stephen Damore; Newman, Mathis, Brady & Spedale, PLC; Clay LeGros; Jeffery Toepfer, and Mayne Maiorana (Doc. 19) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 7, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**