UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON BORNE

VERSUS

HOME BANK, N.A.

CIVIL ACTION

24-303-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Erin Wilder-Doomes dated December 27, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the *Motion to Dismiss for Lack of Jurisdiction over the Subject Matter*, filed by Home Bank, N.A.; Stephen Damore; Newman, Mathis, Brady & Spedale, PLC; Clay LeGros; Jeffery Toepfer, and Mayne Maiorana[3] is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on this 26 day of March, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 19.
[2] Rec. Doc. 30.
[3] Rec. Doc. 19.